**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Selso Randy ORONA, Defendant– Appellant.**

**No. 12–10172.**

United States Court of Appeals, Ninth Circuit.

---

Submitted April 16, 2013.*

Filed April 23, 2013.

Mark S. Kokanovich, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Lynn T. Hamilton, Esquire, Hamilton Law Office, PC, Mesa, AZ, for Defendant–Appellant.

Selso Randy Orona, Phoenix, AZ, pro se.

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

MEMORANDUM **

Selso Randy Orona appeals from the district court's judgment and challenges his jury-trial conviction and 180–month sentence for being a felon in possession of ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Orona's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Orona has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Orona's request for appointment of substitute counsel is **DENIED.**

**AFFIRMED.**